IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**STEVEN MICHAEL AITKEN,**

    **Plaintiff,**

v.                                                             Case No. 4:22-cv-122-AW-MAF

**MR. CONNER and MR. R. DIXON,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's May 5, 2022 Report and Recommendation. ECF No. 4. There has been no objection. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 4) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to follow a court order."

3. The clerk will then close the file.

SO ORDERED on June 8, 2022.

                                                          s/ *Allen Winsor*
                                                          United States District Judge